175 A.3d 175

RUPERT E. BAPTISTE, PLAINTIFF–PETITIONER, v. FATOU A. JALLOW–BAPTISTE N/K/A FATOU A. JALLOW, DEFENDANT.

C–359 September Term 2017
079394

November 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001172–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.